OPINION — AG — ** RECORDS — FIVE YEAR TIME PERIOD — MICRO FILMING ** THE FIVE YEAR PROVISIONS OF 74 O.S. 565 [74-565](1) DOES `NOT' APPLY TO 74 O.S. 565 [74-565](3) AND AFTER RECORDS HAVE BEEN MICRO FILMED AS PROVIDED FOR IN 74 O.S. 565 [74-565](3), SAID RECORDS MAY BE DESTROYED AND NEED NOT BE STORED FOR A PERIOD OF FIVE YEARS. (STATE RECORDS, ARCHIVES, LIBRARY FILM, PHOTOGRAPHED) CITE: 74 O.S. 565 [74-565] (PENN LERBLANCE)